**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| JOHN LIPSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 12-CV-2100 |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

On September 4, 2012, Defendants Timothy Bukowski, Clyde Dayhoff, Michael Downey, Heather Gill, Kankakee County, Timothy Menard, and Ivette Charee Sangster filed their Motion to Dismiss (#62). On September 19, 2012, Plaintiff filed his Response (#67). On January 2, 2013, Magistrate Judge David G. Bernthal filed his Report and Recommendation (#88). Objections were due on January 22, 2013. Neither party has filed an objection. This court has carefully reviewed Judge Bernthal's Report and Recommendation. Following this thorough de novo review, this court agrees with Judge Bernthal's well-reasoned analysis and accepts the Report and Recommendation.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#88) is accepted by this court.

(2) Defendant's Motion to Dismiss (#62) is GRANTED as to Defendant "Sheriff Kankakee County" (sued as "The Sheriff of Kankakee County") and DENIED as to all other Defendants.

(3) Defendants are allowed 14 days to file their Answer.

ENTERED this 25th day of January, 2013

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE